UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20808-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**VICENTE CHAO**;
**FRANK CHAO**;
**NOEL BAKER JARAMILLO**;
**RICHARD E. WOLFFERTS**;
**MICHAEL LOZANO**;
**LILIANA VALDEZ**;
**CARLOS DEL CANAL GUERRA**;
and **ROBERTO VALDES PEREZ**,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on October 14, 2009 for a status conference, and upon the Defendants' *ore tenus* Motion to Continue the Trial. The Court has considered the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the Request, October 14, 2009, to including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8).

THE ABOVE CAUSE is hereby set for **Jury Trial** on **December 14, 2009**. A calendar call will be held on **Tuesday, December 1, 2009 at 9:00 a.m.** at the same location. The deadline for the tendering of any guilty pleas is set for **November 24, 2009**. *See, e.g., United States v. Gamboa*, 166

Case No. 09-20808-CR-Altonaga

F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). It is further

**ORDERED AND ADJUDGED** that a status conference regarding the translation of transcripts being provided by the Government is scheduled for Thursday, **October 22, 2009 at 8:30 a.m.**. Counsel for Defendants may appear by telephone.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of October, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record