UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20808-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**VICENTE CHAO**, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court on Defendant, Vicente Chao's Motion to Continue Trial, filed on November 20, 2009 [D.E. 114]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is DENIED, for the reasons addressed at the status conference in this case. The trial remains set for December 14, 2009, with calender call set for December 1, 2009 at 9:00 a.m.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of November, 2009.

                                                                   **CECILIA M. ALTONAGA**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record